IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO.: 2:12-cv-02626-HGD |
| v. | : : | |
| METLIFE, INC., et al., | : : | |
| Defendants. | : | |

MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Wesley B. Gilchrist ("Movant"), one of the attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC, and respectfully moves this Court to enter an order allowing John J. Clark, Jr. to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1. John J. Clark, Jr. is a partner at DLA Piper, LLP (US), 1251 Avenue of the Americas, New York, NY 10020, telephone (212) 335-4920,

1

john.clarke@dlapiper.com, and is a member of the Bar of the State of New York and has been admitted in the United States Supreme Court, the United States Courts of Appeal for the Second, Third and D.C. Circuits and the United States District Court for the Southern and Eastern Districts of New York.

    2.    Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this court.

    WHEREFORE, Movant respectfully requests that this Court enter an order allowing John J. Clark, Jr. to appear *pro hac vice* for the purpose of representing Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC, as additional counsel in this case.

Dated:  Birmingham, Alabama
        August 9, 2012

/s/ Wesley B. Gilchrist
One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC

2

OF COUNSEL:
Samuel H. Franklin
James F. Hughey, III
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/ Wesley B. Gilchrist
OF COUNSEL