IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-02626-HGD |
| v. | ) ) | |
| METLIFE, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano, Lulu C. Wang, Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC ("Defendants"), hereby provide the Court with notice of their agreement with

Plaintiff to an extension of the time to respond to the Complaint in this action, whether through an answer or motion to dismiss, until 30 days after the date that this Court has entered an Order granting or denying Plaintiff's anticipated Motion to Remand, and the Defendants seek an Order approving said extension.

This stipulated motion is entered into in good faith and not for the purpose of delay.  There has been no previous request for an extension of time in this case.  This request for extension does not affect any other scheduled dates in this case.

Respectfully submitted this the 9th day of August, 2012.


/s/ Greg L. Davis
Greg L. Davis
LAW OFFICES OF GREG L. DAVIS
7031 Halcyon Park Drive
Montgomery, AL 361117

Geoffrey M. Johnson
SCOTT + SCOTT, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106

David R. Scott
SCOTT + SCOTT, LLP
156 South Main Street
Colchester, CT 06415

Joseph P. Guglielmo
SCOTT + SCOTT, LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

*Attorneys for the City of Birmingham*

/s/ John N. Bolus
John N. Bolus
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

Of Counsel:

Maeve L. O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants MetLife, Inc.,
 C. Robert Henrikson, William J.
Wheeler, Peter M. Carlson, Sylvia*

2

*Retirement and Relief System*

*Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang*

<u>/s/ Wesley B. Gilchrist</u>
Samuel H. Franklin
James F. Hughey, III
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104

*Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2012, a true and exact copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF document filing system, which will send an electronic notion of filing to all counsel of record.

/s/ John N. Bolus
John N. Bolus
