FILED
2012 Aug-15 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

---------------------------------------------------x
CITY OF BIRMINGHAM                    :
RETIREMENT AND RELIEF                 :
SYSTEM,                               :
                                      :
                Plaintiff,            :    CIVIL ACTION NO.:
                                      :    2:12-cv-02626-HGD
        v.                            :
                                      :
METLIFE, INC., et al.,                :
                                      :
                Defendants.           :
---------------------------------------------------x

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 BY DEFENDANTS BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. LLC, UBS SECURITIES LLC AND WELLS FARGO SECURITIES, LLC**

Pursuant to Local Rule 3.4 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC, states as follows:

Barclays Capital Inc. identifies the following as parent corporations or publicly held corporations that own 10% or more of any class of its equity interests: Barclays PLC, Barclays Bank PLC and Barclays Group US Inc. Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation.  No other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Citigroup Global Markets Inc. is a wholly owned subsidiary of Citigroup Financial Products Inc., which, in turn, is a wholly owned subsidiary of Citigroup Global Markets Holdings, Inc., which, in turn, is a wholly owned subsidiary of Citigroup, Inc., a publicly held company.  No other publicly held corporation owns 10% or more of Citigroup Global Markets Inc.'s stock.

Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc., which, in turn, is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly owned by Credit Suisse AG and Credit Suisse Group AG.  Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG.  The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange, and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Deutsche Bank Securities Inc. is a wholly owned subsidiary of DB U.S. Financial Markets Holding Corporation, which, in turn, is a wholly owned

subsidiary of Taunus Corporation, which, in turn, is a wholly owned subsidiary of Deutsche Bank AG.  Deutsche Bank AG is a publicly held company that has no parent corporation.

Goldman, Sachs & Co. is a limited partnership; its limited partner, The Goldman Sachs Group, Inc., is a publicly held corporation with no corporate parent.  No other publicly held company owns more than a 10% interest in Goldman, Sachs & Co.

J.P. Morgan Securities LLC is a wholly owned subsidiary of J.P. Morgan Broker-Dealer Holdings Inc., which is a wholly owned subsidiary of JP Morgan Chase & Co., which is a publicly traded corporation.  No publicly-held company owns more than 10% of JP Morgan Chase & Co..

Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly owned subsidiary of Merrill Lynch & Co., Inc.  Merrill Lynch & Co., Inc. is a direct subsidiary of Bank of America Corporation, a publicly-held company.  No publicly-held corporation owns 10% or more of Bank of America Corporation.

Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley.  Morgan Stanley is a publicly held corporation that has no parent corporation.

USB Securities LLC's parent corporations are UBS AG, a public corporation, and UBS Americas, Inc., which is wholly owned by UBS AG. No publicly held corporation other than UBS AG owns, directly or indirectly, 10 percent or more of UBS Securities LLC's stock.

Wells Fargo Securities, LLC is a wholly owned subsidiary of Everen Capital Corporation, which, in turn, is a wholly owned subsidiary of Wells Fargo & Co., a publicly traded company. No publicly held company owns 10% or more of Wells Fargo & Co.

In accordance with Local Rule 3.4, counsel for the Underwriter Defendants further states as follows:

Barclays Capital Inc. is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Citigroup Global Markets Inc. is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Credit Suisse Securities (USA) LLC is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Deutsche Bank Securities Inc. is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Goldman, Sachs & Co. is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

J.P. Morgan Securities LLC is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Merrill Lynch, Pierce, Fenner & Smith Incorporated is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Morgan Stanley & Co. LLC is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

UBS Securities LLC is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Wells Fargo Securities, LLC is a registered U.S. broker-dealer that, among other activities, acts as an underwriter of securities offerings.

Dated:  Birmingham, Alabama

August 15, 2012

*s/ Wesley B. Gilchrist*
One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC

OF COUNSEL:

Samuel H. Franklin sfranklin@lightfootlaw.com
James F. Hughey, III jhughey@lightfootlaw.com
Wesley B. Gilchrist wgilchrist@lightfootlaw.com

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700

and

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel.:  (212) 335-4500
Fax:  (212) 335-4501


## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

>  *s/ Wesley B. Gilchrist*
>  OF COUNSEL