UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| City of Birmingham Retirement & Relief System, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>vs.<br><br>METLIFE, INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, SYLVIA MATTHEWS BURWELL, EDUARDO CASTRO-WRIGHT, CHERYL W. GRISE, R. GLENN HUBBARD, JOHN M. KEANE, ALFRED R. KELLY, JR., JAMES M. KILTS, CATHERINE R. KINNEY, HUGH B. PRICE, DAVID SATCHER, M.D., KENTON J. SICCHITANO, LULU C. WANG, GOLDMAN SACHS & COMPANY, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA), LLC, BARCLAYS CAPITAL, INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO., UBS SECURITIES, LLC and WELLS FARGO SECURITIES, LLC<br><br>                                    Defendants. | Civil Action No.: 2:12-cv-02626-HGD<br><br>CLASS ACTION<br><br>**MOTION TO REMAND**<br><br>Removed From:<br>Circuit Court of the State of Alabama, County of Jefferson<br>Docket No.: CV-2012-902101 |

MOTION TO REMAND

      COMES NOW the Plaintiff City of Birmingham Retirement & Relief System, individually and on behalf of all others similarly situated, and move this Court pursuant to 28 U.S.C. §1447(c) for an Order remanding this action to the Circuit Court for Jefferson County, Alabama, where it was properly filed in the first instance and as grounds therefore states as follows:

      Plaintiff's motion to remand should be granted because Defendants improperly removed this action in violation of 15 U.S.C. §77v(a), which provides: "Except as provided in section 77p(c) of this title, no case arising under [the Securities Act of 1933] and brought in any State court of competent jurisdiction shall be removed to any court of the United States." Plaintiff has asserted

1

claims arising solely under the Securities Act of 1933, and §77p(c) does not apply to this action for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion to Remand.  Thus, the case was not properly removed, and should be remanded to state court.

| | |
|---|---|
| DATED:  August 15, 2012 | /s/  Greg L. Davis<br>GREG L. DAVIS<br>Law Offices of Greg L. Davis<br>7031 Halcyon Park Drive<br>Montgomery, Alabama 36117<br>Telephone: 334/832-9080<br>334/546-8838 (fax)<br><br>SCOTT+SCOTT LLP<br>JOSEPH P. GUGLIELMO<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br>Telephone: 212/223-6444<br>212/233-6334 (fax)<br><br>   -- and --<br><br>DAVID R. SCOTT<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT  06415<br>Telephone:  860/537-5537<br>860/537-4432 (fax)<br><br>   -- and –<br><br>GEOFFREY M. JOHNSON<br>12434 Cedar Road, Suite 12<br>Cleveland Heights, OH 44106<br>Telephone: 216/229-6088<br>216/229-6092 (fax)<br><br>*Counsel for Plaintiff* |

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 15, 2012.

  /s/ Greg L. Davis
GREG L. DAVIS
Law Offices of Greg L. Davis
7031 Halcyon Park Drive
Montgomery, Alabama 36117
Telephone: 334/832-9080
334/546-8838 (fax)
E-mail: gldavis@knology.net

1