FILED
2012 Aug-15 PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| City of Birmingham Retirement & Relief System, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>METLIFE, INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, SYLVIA MATTHEWS BURWELL, EDUARDO CASTRO-WRIGHT, CHERYL W. GRISE, R. GLENN HUBBARD, JOHN M. KEANE, ALFRED R. KELLY, JR., JAMES M. KILTS, CATHERINE R. KINNEY, HUGH B. PRICE, DAVID SATCHER, M.D., KENTON J. SICCHITANO, LULU C. WANG, GOLDMAN SACHS & COMPANY, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA), LLC, BARCLAYS CAPITAL, INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO., UBS SECURITIES, LLC and WELLS FARGO SECURITIES, LLC<br><br>          Defendants. | Civil Action No.: 2:12-cv-02626-HGD<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Removed From:<br>Circuit Court of the State of Alabama, County of Jefferson<br>Docket No.: CV-2012-902101 |

1

## DECLARATION

Pursuant to 28 U.S.C. §1746, I, Joseph P. Guglielmo, declare the following is true and correct to the best of my knowledge and belief:

1.      I am a partner at Scott+Scott LLP, and am one of the attorneys representing Plaintiff City of Birmingham Retirement & Relief System, in this case.  I make this declaration in support of Plaintiff's Motion to Remand.

2.      I declare that attached to this declaration is a true and correct copy of the following:

Exhibit A:      *Unschuld v. Tri-S Security Corp.*, No. 1:06-CV-02931, 2007 WL 2729011 (N.D. Ga. Sept. 14, 2007);

Exhibit B:      *Luther v. Countrywide Home Loans Servicing, LP*, No. 2:07-CV-08165, ECF No. 26, Order Granting Plaintiff's Motion for Remand to State Court and Denying an Award of Attorney's Fees and Expenses (C.D. Cal. Feb. 28, 2008);

Exhibit C:      *Young v. Pacific Biosciences of California, Inc.*, Nos. 5:11-cv-05668, 5:11-cv-05669, 2012 WL 851509 (N.D. Cal. March 13, 2012);

Exhibit D:      *Layne v. Countrywide Fin. Corp. et al.*, No. 08-3262-MRP, ECF No. 45, Order Granting Motion for Remand (C.D. Cal. July 8, 2008);

Exhibit E:      *Parker v. National City Corp.*, No. 1:08-nc-70012, Slip Op. (N.D. Ohio Feb. 12, 2009);

Exhibit F:      *Irra v. Lazard Ltd.*, No. 05 cv 3388, 2006 WL 2375472 (E.D.N.Y. Aug. 15, 2006);

Exhibit G:      *Pipefitters Local 522 and 633 Pension Trust Fund v. Salem Comm. Corp.*, No. CV 05-2730, 2005 U.S. Dist. LEXIS 14202 (C.D. Cal. June 28, 2005);

Exhibit H:      *Steamfitters Local 449 Pension & Ret. Sec. Funds v. Quality Distrib., Inc.*, No. 8:04-cv-961-T-26MAP, ECF No. 18, Order (M.D. Fla. June 25, 2004);

Exhibit I:      *Hawaii Structural Ironworkers Pension Trust Fund v. Calpine Corp.*, No. 03-cv-0714, 2003 WL 23509312 (S.D. Cal. Aug. 27, 2003);

Exhibit J:      *Martin v. BellSouth Corp.*, No. 1:03-CV-728-WBH, ECF No. 24, Order (N.D. Ga. July 3, 2003);

Exhibit K:      *Nauheim v. Interpublic Group of Cos., Inc.*, No. 02-C-9211, 2003 WL 1888843 (N.D. Ill. April 16, 2003);

Exhibit L:      May 4, 1998, Report of the Senate Committee on Banking, Housing and Urban Affairs, 105 S. Rpt. 192;

Exhibit M:      July 21, 1998, Report of the House Committee on Commerce, 105 H. Rpt. 640;

Exhibit N:      October 9, 1998, Report of the House Conference, 105 H. Rpt. 803; and

Exhibit O:      *In re Textainer P'ship Sec. Litig.*, No. C 05-0969, 2005 WL 1791559 (N.D. Cal. July 27, 2005).

I declare that the foregoing is true and correct to the best of my knowledge.

DATED:  August 15, 2012                    /s/  Joseph P. Guglielmo
                                           JOSEPH P. GUGLIELMO
                                           SCOTT+SCOTT LLP
                                           500 Fifth Avenue, 40th Floor
                                           New York, NY 10110
                                           Telephone:  (212) 223-6444
                                           Facsimile:  (212) 233-6334
                                           Email: jguglielmo@scott-scott.com

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 15, 2012.

  /s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: 212/223-6444
212/233-6334 (fax)
Email: jguglielmo@scott-scott.com

1