
FILED
2012 Aug-16 PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ) ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No. 2:12-cv-02626-HGD |
| METLIFE, INC., et al., | ) ) | |
| Defendants | ) | |

**O R D E R**

Plaintiff has filed a Motion to Remand. (Doc. 12). It is ORDERED that defendants shall file a response to the motion within twenty-one (21) days from the date of entry of this order. Plaintiff shall file any reply within fourteen (14) days thereafter.

DONE this 16th day of August, 2012.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE