IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO.: 2:12-cv-02626-HGD |
| v. | ) ) ) | |
| METLIFE, INC., et al., | ) ) | |
| Defendants. | ) | |

MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Greg L. Davis ("Movant), one of the attorneys for Plaintiff City of Birmingham Retirement and Relief System, and respectfully moves this Court to enter an order allowing David R. Scott to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1. David R. Scott is a partner at Scott and Scott, LLP (US), 156 South Main Street, Colchester, Connecticut, 06415, telephone (860) 537-5537, drscott@scott-scott.com, and is a member of the Bar of the State of Connecticut and has been admitted in the United States District Court of Connecticut and the United States Courts of Appeal for the 5th Circuit, the 3rd Circuit and 2nd Circuit.

2. Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this Court.

WHEREFORE, Movant respectfully requests that this Court enter an order allowing David R. Scott to appear *pro hac vice* for the purpose of representing Plaintiff City of Birmingham Retirement and Relief System as additional counsel in this case.

Dated:  Montgomery, Alabama  /s/ Greg L. Davis
        August 16, 2012  Attorney for City of Birmingham
          Retirement and Relief System

OF COUNSEL:

Greg L. Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
(334) 832-9080/telephone
(334) 409-7001/facsimile

CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/ Greg L. Davis