IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM ) <br> RETIREMENT AND RELIEF ) <br> SYSTEM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METLIFE, INC., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 2:12-cv-02626-HGD |

MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Greg L. Davis ("Movant"), one of the attorneys for Plaintiff City of Birmingham Retirement and Relief System, and respectfully moves this Court to enter an order allowing Joseph Guglielmo to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1. Joseph Guglielmo is a partner at Scott and Scott, LLP (US), 500 5th Avenue, Floor 40, New York, New York 10110, telephone (212) 223-6444, jguglielmo@scott-scott.com, and is a member in good standing of the New York State Bar (Admitted August 21, 1996) and is admitted in the District of Columbia Court of Appeals (Admitted July 7, 1997) and the Commonwealth of Massachusetts (Admitted August 8, 2008). Joseph Guglielmo is also admitted in the United States Supreme Court (Admitted March 10, 2003); the United States District Court for the Southern District of New York (Admitted May 9, 1997); the United States District Court for the Eastern District of New York (Admitted May 9, 1997); the United States District Courts for the

District of Colorado (Admitted February 22, 1999); the District of Connecticut (Admitted October 5, 2007); the United States Court of Appeals for the Third Circuit and the Eleventh Circuit.

    2.    Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this Court.

    WHEREFORE, Movant respectfully requests that this Court enter an order allowing Joseph Guglielmo to appear *pro hac vice* for the purpose of representing Plaintiff City of Birmingham Retirement and Relief System as additional counsel in this case.

Dated:  Montgomery, Alabama  
       August 16, 2012

/s/ Greg L. Davis  
Attorney for City of Birmingham Retirement and Relief System

OF COUNSEL:

Greg L. Davis  
DAVIS & TALIAFERRO, LLC  
7031 Halcyon Park Drive  
Montgomery, AL 36117  
(334) 832-9080/telephone  
(334) 409-7001/facsimile

CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/ Greg L. Davis