FILED
2012 Aug-23  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-02626-HGD |
| v. | ) ) | |
| METLIFE, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## METLIFE DEFENDANTS' MOTION
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules for the Northern District of Alabama, John N. Bolus, a member in good standing of the Alabama Bar who is admitted to practice before this Court, moves the Court for an Order admitting, *pro hac vice*, Elliot Greenfield, as additional counsel for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano, Lulu C. Wang (collectively, the "MetLife Defendants") in this action. The Movant states the following:

PORTRAIT.1

1. Elliot Greenfield regularly practices law in New York, where he is employed by the law firm of Debevoise & Plimpton LLP. He is a member of the Bar of the State of New York (2006) and is admitted to practice in the United States District Courts for the Southern District of New York (2006), the Eastern District of New York (2006), and the District of Colorado (2008). Mr. Greenfield is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

2. The contact information for Mr. Greenfield is as follows:

Elliot Greenfield, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6772
Facsimile:   (212) 521-7972
E-mail: egreenfield@debevoise.com

3. Concurrent with the filing of this motion, Mr. Greenfield is paying the $50.00 fee for his admission *pro hac vice.*

WHEREFORE, it is respectfully requested that this Honorable Court admit Elliot Greenfield to appear *pro hac vice* as additional counsel of record for the MetLife Defendants in this matter.

Respectfully submitted,

*/s/John N. Bolus*
John N. Bolus

*Attorney for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang*

OF COUNSEL
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 6th Ave. North
Birmingham, Alabama 35203
Telephone (205) 254-1000
Facsimile (205) 254-1999

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2012, a true and exact copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF document filing system, which will send an electronic notion of filing to all counsel of record..

                                                 /s/ John N. Bolus
                                                 OF COUNSEL