UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| City of Birmingham Retirement & Relief System, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>METLIFE, INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, SYLVIA MATTHEWS BURWELL, EDUARDO CASTRO-WRIGHT, CHERYL W. GRISE, R. GLENN HUBBARD, JOHN M. KEANE, ALFRED R. KELLY, JR., JAMES M. KILTS, CATHERINE R. KINNEY, HUGH B. PRICE, DAVID SATCHER, M.D., KENTON J. SICCHITANO, LULU C. WANG, GOLDMAN SACHS & COMPANY, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA), LLC, BARCLAYS CAPITAL, INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO., UBS SECURITIES, LLC and WELLS FARGO SECURITIES, LLC,<br><br>        Defendants. | Civil Action No.: 2:12-cv-02626-HGD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER**<br><br>Removed From:<br>Circuit Court of the State of Alabama, County of Jefferson<br>Docket No.: CV-2012-902101 |

1

## DECLARATION

Pursuant to 28 U.S.C. §1746, I, Joseph P. Guglielmo, declare the following is true and correct to the best of my knowledge and belief:

1. I am a partner at Scott+Scott LLP and am one of the attorneys representing Plaintiff City of Birmingham Retirement & Relief System in this case. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Transfer.

2. I declare that attached to this declaration is a true and correct copy of the following:

Exhibit A:  *Landstar Global Logistics, Inc. v. Total Transp. Serv., LLC*, No. No. 3:08-cv-1212, 2009 WL 997222 (M.D. Fla. April 14, 2009);

Exhibit B:  *Wickwire v. Ethicon, Inc.*, No. 04-cv-81058, 2004 WL 3111851 (S.D. Fla. Dec. 30, 2004);

Exhibit C:  *Unschuld v. Tri-S Sec. Corp.*, No. 1:06-cv-02931-JEC, 2007 WL 2729011, (N.D. Ga. Sept. 14, 2007);

Exhibit D:  Complaint, *City of Westland Police & Fire Ret. Sys. v. MetLife, Inc.*, No. 12-cv-256, (S.D.N.Y. Jan. 12, 2012);

Exhibit E:  *Ash v. Providence Hosp.*, No. 08-cv-525-WS-M, 2009 WL 424586 (S.D. Ala. Feb. 17, 2009);

Exhibit F:  *Moton v. Bayer Corp.*, No. 05-cv-310, 2005 WL 1653731 (S.D. Ala. July 8, 2005);

Exhibit G:  Order, *Campus v. Holiday Isle, LLC*, 3:07-cv-00275, ECF No. 30 (N.D. Fla. Nov. 20, 2007);

Exhibit H: *Stahl v. Stahl*, No. 03-civ-405, 2003 WL 22595288 (S.D.N.Y. Nov. 6, 2003);

Exhibit I: *Go Computer, Inc. v. Microsoft Corp.*, No. C 05-cv-3356, 2005 WL 3113068 (N.D. Cal. Nov. 21, 2005);

Exhibit J: *Carden v. Bridgestone/Firestone, Inc.*, No. 00-3017-CIV, 2000 WL 33520302, (S.D. Fla. Oct. 18, 2000);

Exhibit K: *Dial HD, Inc. v. Clearone Commc'ns, Inc.*, No. CV-109-100, 2010 WL 3732115 (S.D. Ga. Sept. 7, 2010); and

Exhibit L: *Griffin Indus., Inc. v. Couch*, No. 05-cv-684, 2006 WL 783354 (N.D. Ga. Mar. 23, 2006).

I declare that the foregoing is true and correct to the best of my knowledge.

DATED:  August 27, 2012                     /s/  Joseph P. Guglielmo
                                            JOSEPH P. GUGLIELMO
                                            SCOTT+SCOTT LLP
                                            500 Fifth Avenue, 40th Floor
                                            New York, NY 10110
                                            Telephone:  (212) 223-6444
                                            Facsimile:   (212) 233-6334
                                            Email: jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 27, 2012.

   /s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone:  (212) 223-6444
Facsimile:   (212) 233-6334
Email: jguglielmo@scott-scott.com

1