FILED
2012 Sep-04 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM,<br><br>        Plaintiff,<br><br>v.<br><br>METLIFE, INC., et al.,<br><br>        Defendants. | 2:12-cv-02626-HGD |

**NOTICE OF APPEARANCE OF COUNSEL
FOR THE METLIFE DEFENDANTS**

Todd H. Cox of the law firm of Maynard, Cooper & Gale, P.C. hereby files his appearance in the above-styled matter as an additional attorney representing Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang (collectively, the "MetLife Defendants"). Mr. Cox is a member of the Alabama State Bar and has been admitted to practice before the United States District Court

for the Northern District of Alabama. Mr. Cox requests that the Court add him to the electronic service of all notices, pleadings and other papers.

Respectfully submitted,

Of Counsel:

Maeve L. O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

/s/ Todd H. Cox
John N. Bolus
Todd H. Cox
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

*Attorneys for Defendants MetLife, Inc., C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé,
R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, a true and exact copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF document filing system, which will send an electronic notion of filing to all counsel of record.

/s/ Todd H. Cox
OF COUNSEL