UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT & RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>METLIFE, INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, SYLVIA MATTHEWS BURWELL, EDUARDO CASTRO-WRIGHT, CHERYL W. GRISE, R. GLENN HUBBARD, JOHN M. KEANE, ALFRED R. KELLY, JR., JAMES M. KILTS, CATHERINE R. KINNEY, HUGH B. PRICE, DAVID SATCHER, M.D., KENTON J. SICCHITANO, LULU C. WANG, GOLDMAN SACHS & COMPANY, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA), LLC, BARCLAYS CAPITAL, INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO., UBS SECURITIES, LLC and WELLS FARGO SECURITIES, LLC,<br><br>　　　　　　　　　　Defendants. | Case No.:  2:12-cv-02626-HGD<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Removed From:<br>Circuit Court of the State of Alabama, County of Jefferson<br>Docket No.: CV-2012-902101 |

PLEASE TAKE NOTICE THAT Scott+Scott LLP has relocated its New York office. The new address is:

Scott+Scott LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174

The telephone numbers, fax number, and email addresses remain the same.

DATED:  September  25, 2012         /s/Greg L. Davis
                                    GREG L. DAVIS
                                    LAW OFFICES OF GREG L. DAVIS
                                    7031 Halcyon Park Drive
                                    Montgomery, Alabama 36117
                                    Telephone:   (334) 832-9080
                                    Facsimile:   (334) 546-8838
                                    E-mail: gldavis@knology.net

                                    SCOTT+SCOTT LLP
                                    JOSEPH P. GUGLIELMO
                                    405 Lexington Avenue, 40th Floor
                                    New York, NY 10174
                                    Telephone:   (212) 223-6444
                                    Facsimile:   (212) 223-6334

                                            -and-

                                    DAVID R. SCOTT
                                    156 South Main Street
                                    P.O. Box 192
                                    Colchester, CT  06415
                                    Telephone:   (860) 537-5537
                                    Facsimile:   (860) 537-4432

                                            -and-

                                    GEOFFREY M. JOHNSON
                                    12434 Cedar Road, Suite 12
                                    Cleveland Heights, OH 44106
                                    Telephone:   (216) 229-6088
                                    Facsimile:   (216) 229-6092

                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 25, 2012.

    /s/ Greg L. Davis
GREG L. DAVIS
Law Offices of Greg L. Davis
7031 Halcyon Park Drive
Montgomery, AL 36117
Telephone:  (334) 832-9080
Facsimile:   (334) 546-8838
E-mail: gldavis@knology.net