IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-02626-HGD |
| v. | ) ) | |
| METLIFE, INC., et al., | ) ) | |
| Defendants. | ) | |

## METLIFE DEFENDANTS' MOTION
## FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION
## TO PLAINTIFF'S MOTION TO REMAND

Of Counsel:

Maeve L. O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

John N. Bolus
Todd H. Cox
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

*Attorneys for Defendants MetLife, Inc.,
C. Robert Henrikson, William J.
Wheeler, Peter M. Carlson, Sylvia
Matthews Burwell, Eduardo Castro-
Wright, Cheryl W. Grisé, R. Glenn
Hubbard, John M. Keane, Alfred F.
Kelly, Jr., James M. Kilts, Catherine R.
Kinney, Hugh B. Price, David Satcher,
Kenton J. Sicchitano and Lulu C. Wang*

Defendants MetLife, Inc. ("MetLife"), C. Robert Henrikson, William J. Wheeler, Peter M. Carlson, Sylvia Matthews Burwell, Eduardo Castro-Wright, Cheryl W. Grisé, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano and Lulu C. Wang (collectively, the "MetLife Defendants") respectfully move this Court for an order granting leave to file a sur-reply in opposition to Plaintiff's Motion to Remand.

## ARGUMENT

For the reasons set forth below, the MetLife Defendants respectfully urge the Court to hear oral argument in this matter. In the alternative, the MetLife Defendants request that the Court grant their motion for leave to file the short proposed sur-reply attached to this motion as Exhibit A.

In their Notice of Removal, the MetLife Defendants set forth three separate bases for removal: (1) SLUSA divested state courts of concurrent jurisdiction over "covered class actions" asserting 1933 Act claims, thereby providing for exclusive federal jurisdiction over such actions; (2) SLUSA amended Section 77p(c) to permit removal of certain "covered class actions" brought in state court; and (3) if the securities at issue in this action are not deemed "covered" securities, removal is proper under CAFA. (Doc. 1, Notice of Removal.) SLUSA's limitation of the scope of concurrent state court jurisdiction is of critical importance here because it

renders the anti-removal provision inapplicable to this action. (Doc. 26, Opp'n at 7-8.)

In its Memorandum in Support of its Motion to Remand, Plaintiff focused almost entirely on the second and third of the MetLife Defendants' bases for removal, mentioning the first only in passing. (Doc. 14, Mem. in Support of Mot. to Remand at 12, 16.) Plaintiff reserved its only substantive interpretation of SLUSA's amendment to state court jurisdiction – the MetLife Defendants' primary removal basis – for its reply brief, in a section entitled "State Courts Continue to Have Concurrent Jurisdiction Over Cases Asserting Only 1933 Act Claims." (Doc. 29, Reply at 9.)

Accordingly, the MetLife Defendants have been unfairly deprived of an opportunity to respond to Plaintiff's argument on their primary basis for removal. The MetLife Defendants therefore request an opportunity to rebut Plaintiff's argument on this key issue, either in oral argument or in the attached proposed sur-reply.

This 26th day of September, 2012.

Respectfully submitted,

Of Counsel:

Maeve L. O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

/s/ Todd H. Cox
John N. Bolus
Todd H. Cox
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel: (205) 254-1000
Fax: (205) 254-1999

*Attorneys for Defendants MetLife, Inc.,
C. Robert Henrikson, William J.
Wheeler, Peter M. Carlson, Sylvia
Matthews Burwell, Eduardo Castro-
Wright, Cheryl W. Grisé,
R. Glenn Hubbard, John M. Keane,
Alfred F. Kelly, Jr., James M. Kilts,
Catherine R. Kinney, Hugh B. Price,
David Satcher, Kenton J. Sicchitano
and Lulu C. Wang*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, a true and exact copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF document filing system, which will send an electronic notion of filing to all counsel of record.


/s/ Todd H. Cox
OF COUNSEL