IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

------------------------------------------------------x
CITY OF BIRMINGHAM                           :
RETIREMENT AND RELIEF                        :
SYSTEM,                                      :
                                             :
                    Plaintiff,               :     CIVIL ACTION NO.:
                                             :     2:12-cv-02626-HGD
           v.                                :
                                             :
METLIFE, INC., et al.,                       :
                                             :
                    Defendants.              :
------------------------------------------------------x

# THE UNDERWRITER DEFENDANTS'
# OBJECTION TO ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Paragraph 5 of this Court's General Order for Referral of Civil Matters to the United States Magistrate Judges, Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC (the "Underwriter Defendants"), by and through their undersigned counsel, respectfully object to the Honorable Magistrate Judge Davis's Order (the "Order") (Doc. 36) granting Plaintiff's Motion to Remand this

action to the Circuit Court of Jefferson County, Alabama. Because this action asserting claims arising under federal securities laws was properly removed to this Court pursuant to 28 U.S.C. § 1441(a), plaintiff's motion to remand should have been denied. In further support of their objection to the Order, the Underwriter Defendants adopt, and incorporate herein by reference, all of the arguments and authorities in the MetLife Defendants' Objections to Magistrate Judge's Order on Plaintiff's Motion to Remand (Doc. 37).

WHEREFORE, the Underwriter Defendants respectfully submit that plaintiff's motion to remand should have been denied and that this case should not be remanded to state court.

| | |
|---|---|
| Dated:  Birmingham, Alabama<br>          September 6, 2013 | /s/ Wesley B. Gilchrist<br>One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC |

OF COUNSEL:
Samuel H. Franklin
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama  35203
Tel.: (205) 581-0700

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel.:  (212) 335-4500
Fax:  (212) 335-4501

CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

                                    /s/ Wesley B. Gilchrist
                                    OF COUNSEL