IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

-----------------------------------------------------x
CITY OF BIRMINGHAM           :
RETIREMENT AND RELIEF        :
SYSTEM,                      :
                             :
            Plaintiff,       :    CIVIL ACTION NO.:
                             :    2:12-cv-02626-HGD
      v.                     :
                             :
METLIFE, INC., et al.,       :
                             :
            Defendants.      :
                             :
-----------------------------------------------------x

## JOINDER OF THE UNDERWRITER DEFENDANTS IN METLIFE DEFENDANTS' EXPEDITED MOTION FOR STAY OF THE MAGISTRATE JUDGE'S ORDER ON PLAINTIFF'S MOTION TO REMAND

Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC (the "Underwriter Defendants"), by and through their undersigned counsel, respectfully submit this joinder in the MetLife Defendants' Expedited Motion for Stay of the Magistrate Judge's Order on Plaintiff's Motion To Remand (Doc. 38).

The Underwriter Defendants join in, and incorporate by reference, all of the arguments advanced by the MetLife Defendants in favor of a stay of the Honorable Magistrate Judge Harwell Davis's Order of Remand (Doc. 36) that was entered on August 23, 2013. A stay is necessary to prevent remand of this case before the Court can give full consideration to the defendants' objections to the Order of Remand.

WHEREFORE, the Underwriter Defendants respectfully request that the Court enter an order staying the Order of Remand.

| | |
|---|---|
| Dated: Birmingham, Alabama<br>September 6, 2013 | /s/ Wesley B. Gilchrist<br>One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC |

OF COUNSEL:
Samuel H. Franklin
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 581-0700

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas

2

New York, New York  10020-1104
Tel.:  (212) 335-4500
Fax:  (212) 335-4501

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/ Wesley B. Gilchrist
OF COUNSEL