UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM ) | |
| RETIREMENT AND RELIEF SYSTEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  2:12-CV-2626-HGD |
| vs. ) | |
| METLIFE, INC.; et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is presently before the court on the MetLife Defendants'[1] Expedited Motion for Stay of the Magistrate Judge's Order on Plaintiff's Motion to Remand, (doc. 38), and Joinder of the Underwriter Defendants[2] in MetLife Defendants' Expedited Motion for Stay of the Magistrate Judge's Order on Plaintiff's Motion to Remand, (doc. 40).  The defendants' Motions to Stay, (docs. 38, 40), are **GRANTED**.  The Magistrate Judge's Order remanding this case to the state court, (doc. 36), is **STAYED** pending this court's decision on defendants' Objections to the Magistrate Judge's Order, (docs. 37, 39).

---

[1] The MetLife defendants include MetLife Inc., and Sylvia Matthews Burwell, Peter M. Carlson, Eduardo Castro-Wright, Cheryl W. Grise, C. Robert Henrikson, R. Glenn Hubbard, John M. Keane, Alfred F. Kelly, Jr., James M. Kilts, Catherine R. Kinney, Hugh B. Price, David Satcher, Kenton J. Sicchitano, Lulu C. Wang, and William J. Wheeler.

[2] The Underwriter Defendants include Barclays Capital, Inc.; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA), LLC; Deutsche Bank Securities, Inc.; Goldman Sachs & Company; J.P. Morgan Securities, LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley & Co.; UBS Securities, LLC; and Wells Fargo Securities, LLC.

On or before **SEPTEMBER 30, 2013**, plaintiff shall file its response to defendants' Objections to the Magistrate Judge's Order. This case is set for oral argument on defendants' Objections at **3:00 p.m.** on **NOVEMBER 13, 2013**. Counsel who live greater than 60 miles distance from Birmingham may participate by telephone if they contact the court's assistant, Stephanie Braswell at (205) 278-1810, **before** the date of the conference. Failure to contact the court's assistant **before** the conference as instructed may result in sanctions being ordered by the court.

Dated this 16th day of September, 2013.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE