UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| City of Birmingham Retirement & Relief System, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>vs.<br><br>METLIFE, INC., C. ROBERT HENRIKSON, WILLIAM J. WHEELER, PETER M. CARLSON, SYLVIA MATTHEWS BURWELL, EDUARDO CASTRO-WRIGHT, CHERYL W. GRISE, R. GLENN HUBBARD, JOHN M. KEANE, ALFRED F. KELLY, JR., JAMES M. KILTS, CATHERINE R. KINNEY, HUGH B. PRICE, DAVID SATCHER, M.D., KENTON J. SICCHITANO, LULU C. WANG, GOLDMAN SACHS & COMPANY, CITIGROUP GLOBAL MARKETS, INC., CREDIT SUISSE SECURITIES (USA), LLC, BARCLAYS CAPITAL, INC., DEUTSCHE BANK SECURITIES, INC., J.P. MORGAN SECURITIES, LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO., UBS SECURITIES, LLC and WELLS FARGO SECURITIES, LLC<br><br>         Defendants. | Civil Action No.: 2:12-cv-02626-HGD<br><br>CLASS ACTION<br><br>**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF PLAINTIFF'S COMBINED MEMORANDUM IN OPPOSITION TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING REMAND AND TO DEFENDANTS' EXPEDITED MOTION FOR A STAY**<br><br>Removed From:<br>Circuit Court of the State of Alabama, County of Jefferson<br>Docket No.: CV-2012-902101 |

# DECLARATION

Pursuant to 28 U.S.C. §1746, I, Joseph P. Guglielmo, declare the following is true and correct to the best of my knowledge and belief:

1. I am a partner at Scott+Scott, Attorneys at Law, LLP, and am one of the attorneys representing Plaintiff City of Birmingham Retirement & Relief System, in this case. I make this declaration in support of Plaintiff's Combined Memorandum in Opposition to Defendants' Objections to Magistrate Judge's Order Granting Remand and to Defendants' Expedited Motion for a Stay.

2. I declare that attached to this declaration is a true and correct copy of the following:

Exhibit A: *Martin v. Bellsouth Corp.*, No. 03-cv-728, ECF No. 24, Order at 5 (N.D. Ga. July 3, 2003);

Exhibit B: *Steamfitters Local 449 Pension & Ret. Sec. Funds v. Quality Distrib., Inc.*, No. 8:04-cv-961-T-26MAP, ECF No. 18, Order (M.D. Fla. June 25, 2004);

Exhibit C: *Parker v. Nat'l City Corp.*, 08-cv-70012, ECF No. 38, Order at 14 (N.D. Ohio Feb. 12, 2009);

Exhibit D: *Layne v. Countrywide Fin. Corp. et al.*, No. 08-3262-MRP, ECF No. 45, Order Granting Motion for Remand (C.D. Cal. July 8, 2008);

I declare that the foregoing is true and correct to the best of my knowledge.

DATED: September 16, 2013                /s/ Joseph P. Guglielmo
                                         JOSEPH P. GUGLIELMO
                                         SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
                                         The Chrysler Building
                                         405 Lexington Avenue, 40th Floor

New York, NY 10110
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
Email: jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2013.

                                           /s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: 212/223-6444
212/233-6334 (fax)
Email: jguglielmo@scott-scott.com

1