UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT & RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:12-cv-02626-HGD |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

COMES NOW Greg L. Davis ("Movant"), one of the attorneys for Plaintiff City of Birmingham Retirement and Relief System, and respectfully moves this Court to enter an order allowing Stephen J. Teti to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1. Stephen J. Teti is an associate at Scott and Scott, Attorneys at Law, LLP, 156 South Main Street, P.O. Box 192, Colchester, Connecticut 06415, Telephone (860) 537-5537, steti@scott-scott.com, and is a member in good standing of the Connecticut State Bar (Admitted November 1, 2010; Juris Number 432018), is admitted in the United States District Court for the District of Connecticut (Admitted April 10, 2012), the United States District

- 1 -

Court for the District of Colorado (Admitted February 15, 2013), and the United States Court of Appeals for the Ninth Circuit (Admitted March 28, 2012).

2. Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this Court.

WHEREFORE, Movant respectfully requests that this Court enter an order allowing Stephen J. Teti to appear *pro hac vice* for the purpose of representing Plaintiff City of Birmingham Retirement and Relief System as additional counsel in this case.

DATED: Montgomery, Alabama  
September 18, 2013

/s/Greg L. Davis  
Attorney for City of Birmingham Retirement and Relief System

OF COUNSEL:

GREG L. DAVIS  
DAVIS & TALIAFERRO, LLC  
7031 Halcyon Park Drive  
Montgomery, AL 36117  
(334) 832-9080/Telephone  
(334) 409-7001/Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/Greg L. Davis

# State of Connecticut
# Supreme Court

I, Michele T. Angers, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at Hartford on the 1st day of November, 2010.

Stephen John Teti

of

Kensington, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day September 3, 2013.



Michele T. Angers

Chief Clerk