UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT & RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:12-cv-02626-HGD |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

COMES NOW Greg L. Davis ("Movant"), one of the attorneys for Plaintiff City of Birmingham Retirement and Relief System, and respectfully moves this Court to enter an order allowing Amanda F. Lawrence to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1.  Amanda F. Lawrence is an associate at Scott and Scott, Attorneys at Law, LLP, 156 South Main Street, P.O. Box 192, Colchester, Connecticut 06415, Telephone (860) 537-5537, alawrence@scott-scott.com, is a member in good standing of the Connecticut State Bar (Admitted December 20, 2004; Juris Number 423508), and is admitted in the United States District of Connecticut (Admitted May 8, 2006) and the United States

District Court, for the Southern District of New York (Admitted September 30, 2008).

2. Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this Court.

WHEREFORE, Movant respectfully requests that this Court enter an order allowing Amanda F. Lawrence to appear *pro hac vice* for the purpose of representing Plaintiff City of Birmingham Retirement and Relief System as additional counsel in this case.

DATED: Montgomery, Alabama
September 18, 2013

/s/Greg L. Davis
Attorney for City of Birmingham
Retirement and Relief System

OF COUNSEL:

GREG L. DAVIS
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
(334) 832-9080/Telephone
(334) 409-7001/Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/Greg L. Davis

# State of Connecticut
## Supreme Court

I, Michele T. Angers, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at Rockville on the 20th day of December, 2004.

Amanda Frances Lawrence

of

Mansfield Center, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day September 3, 2013.



Michele T. Angers

Chief Clerk