FILED

2013 Sep-19  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT & RELIEF SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 2:12-cv-02626-HGD |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Greg L. Davis ("Movant"), one of the attorneys for Plaintiff City of Birmingham Retirement and Relief System, and respectfully moves this Court to enter an order allowing William C. Fredericks to appear *pro hac vice* as additional counsel in this case. In support of this motion, Movant states as follows:

1. William C. Fredericks is a partner at Scott and Scott, Attorneys at Law, LLP, The Chrysler Building, 405 Lexington Avenue, 40th Floor, New York, New York  10174, Telephone (212) 223-6444, wfredericks@scott-scott.com, and is a member in good standing of the New York State Bar (Admitted June 18,1990; Juris Number 2336303).   William C. Fredericks is also admitted in the following courts:

- 1 -

    a. United States District Court, District of Colorado on October 9, 1998;

    b. United States District Court, Eastern District of New York, Bar No. WF1576, on October 9, 1990;

    c. United States District Court, Southern District of New York, Bar No. WF1576, on October 9, 1990;

    d. United States Court of Appeals for the First Circuit on January 24, 2013;

    e. United States Court of Appeals for the Second Circuit on January 7, 1991;

    f. United States Court of Appeals for the Third Circuit on October 31, 2001;

    g. United States Court of Appeals for the Sixth Circuit on May 22, 1998;

    h. United States Court of Appeals for the Tenth Circuit on May 20, 1997; and

    i. United States Supreme Court on November 30, 2009

2. Movant is a member in good standing of the Alabama Bar and has been admitted to practice before this Court.

WHEREFORE, Movant respectfully requests that this Court enter an order allowing William C. Fredericks to appear *pro hac vice* for the purpose of representing Plaintiff City of Birmingham Retirement and Relief System as additional counsel in this case.

DATED: Montgomery, Alabama
        September 18, 2013

                           /s/Greg L. Davis
                           Attorney for City of Birmingham
                           Retirement and Relief System

OF COUNSEL:

GREG L. DAVIS
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
(334) 832-9080/Telephone
(334) 409-7001/Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

/s/Greg L. Davis

### Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# WILLIAM CURTIS FREDERICKS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 18, 1990,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on **September 4, 2013**

Clerk of the Court

6996