IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

-----------------------------------------------------x
CITY OF BIRMINGHAM                                  :
RETIREMENT AND RELIEF                               :
SYSTEM,                                             :
                                                    :
                    Plaintiff,                      :   CIVIL ACTION NO.:
                                                    :   2:12-cv-02626-HGD
          v.                                        :
                                                    :
METLIFE, INC., et al.,                              :
                                                    :
                    Defendants.                     :
-----------------------------------------------------x

**JOINDER OF THE UNDERWRITER DEFENDANTS
IN THE METLIFE DEFENDANTS' MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN SUPPORT OF THEIR OBJECTIONS TO
THE MAGISTRATE JUDGE'S ORDER ON PLAINTIFF'S MOTION TO
REMAND AND MOTION FOR LEAVE TO FILE JOINDER IN REPLY**

Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC (the "Underwriter Defendants"), by and through their undersigned counsel, respectfully submit this joinder in the MetLife Defendants' Motion for Leave To File a Reply Memorandum in Support of Their Objections to the Magistrate Judge's Order on Plaintiff's Motion To Remand (Doc. 47).

The Underwriter Defendants join in, and incorporate by reference, all of the arguments advanced by the MetLife Defendants to allow them to reply to Plaintiff's opposition to the Defendants' objections to the Honorable Magistrate Judge Harwell Davis's Order of Remand (Doc. 36) that was entered on August 23, 2013. The proposed reply, which is attached to the motion for leave, addresses arguments made by the Plaintiff in its opposition.

The Underwriter Defendants further move for leave to file a joinder in MetLife Defendant's Reply if their motion for leave is granted. A copy of the Underwriter Defendants' proposed joinder in the reply is attached hereto as Exhibit A.

WHEREFORE, the Underwriter Defendants respectfully request that the Court enter an order granting the Metlife Defendants' motion for leave and further granting the Underwriter Defendants leave to file the attached joinder in the Metlife Defendants' Reply.

Dated:  Birmingham, Alabama

October 23, 2013

*/s/ Wesley B. Gilchrist*
One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC

OF COUNSEL:
Samuel H. Franklin
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel.:  (212) 335-4500
Fax:  (212) 335-4501

## CERTIFICATE OF SERVICE

     I hereby certify that on October 23, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

                                        /s/ Wesley B. Gilchrist
                                        OF COUNSEL