# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

------------------------------------------------x
CITY OF BIRMINGHAM        :
RETIREMENT AND RELIEF     :
SYSTEM,                   :
                          :
            Plaintiff,    :      CIVIL ACTION NO.:
                          :      2:12-cv-02626-HGD
      v.                  :
                          :
METLIFE, INC., et al.,    :
                          :
            Defendants.   :
------------------------------------------------x

**JOINDER OF THE UNDERWRITER DEFENDANTS
IN THE METLIFE DEFENDANTS' REPLY MEMORANDUM IN
SUPPORT OF THEIR OBJECTIONS TO THE MAGISTRATE JUDGE'S
ORDER ON PLAINTIFF'S MOTION TO REMAND**

Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC (the "Underwriter Defendants"), by and through their undersigned counsel, respectfully submit this joinder in the MetLife Defendants' Reply Memorandum in Support of Their Objections to the Magistrate Judge's Order on Plaintiff's Motion To Remand (Doc. 47-1).

2

The Underwriter Defendants join in, and incorporate by reference, all of the arguments advanced by the MetLife Defendants in reply to Plaintiff's opposition to the Defendants' objections to the Honorable Magistrate Judge Harwell Davis's Order of Remand (Doc. 36) that was entered on August 23, 2013. Plaintiff's new alternative interpretation of the 1933 Act's jurisdictional provision, as amended by SLUSA, fails to give full effect to the plain language of that provision, the overall statutory scheme, and congressional intent, and should be rejected. For the reasons set forth in the MetLife Defendants' objections to the Remand Order, and their reply in support thereof, the state court lacks jurisdiction over this federal securities class action, and removal is proper under 28 U.S.C. § 1441(a).

WHEREFORE, the Underwriter Defendants respectfully request that the Court enter an order setting aside the Magistrate Judge's Order and deny Plaintiff's motion to remand.

Dated: Birmingham, Alabama

October 23, 2013

*/s/ Wesley B. Gilchrist*
One of the Attorneys for Defendants Barclays Capital Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, UBS Securities LLC and Wells Fargo Securities, LLC

OF COUNSEL:
Samuel H. Franklin
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
400 North 20th Street
Birmingham, Alabama  35203
Telephone (205) 581-0700

Timothy E. Hoeffner
John J. Clarke, Jr.
Constance Tse
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
Tel.:  (212) 335-4500
Fax:  (212) 335-4501

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF document filing system, which will send an electronic notice of filing to all counsel of record.

                                              /s/ Wesley B. Gilchrist
                                              OF COUNSEL